# Notice: Courts Shall Be Open, Justice Not For Sale,Delay nor Denial

Greetings,

Attached is Form AO 240, Application to Proceed in District Court Without Prepaying Fees or Cost.
Pursuant to 28 U.S.C. 452 states; " All courts of the United States shall be deemed open for the purpose of filing proper papers, issuing and returning process, and making motions and orders. The continued existence or expiration of a session of a court in no way affects the power of the courts to do any act or take any proceeding."
The following are questions and provisions in support of the impossibility for payment. If these questions cannot be answered, and the provisions are not rebutted by similar laws or provisions, it will be agreed that you or those who act for this tribunal agree with what is written, and this matter will be heard as requested.
If the clerk or any other officer for this court has an issue with this, please bring it before the court and let the judge adjudicate it.
As pursuant to the Nebraska Constitution: " I-13. Justice administered without delay;Legislature;authorization to enforce mediation and arbitration.
<u>All courts shall be open</u>, and every person, for any injury done him or her in his or her lands, goods,person,or reputation, <u>shall have a remedy by due course of law and justice administered without delay or denial."</u>

Amendment 1: Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assembly, and to petition the government for a redress of grievances.

According to the First Amendment's Petition Clause: "Congress shall make no law abridging the Right of the People to Petition the Government for the Redress of Grievances"

A State may not impose a charge for the enjoyment of a right granted by the Federal Constitution. 319 US 113. Murdock v. pennsylvania, 319 US 105

Universal Declaration of Human Rights Article 8: Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law. Rights are granted by God not government.

I, Henry L Robinson, a private man, present this letter with honorable and peaceful intentions. This is expressly for due process and a good faith opportunity for clarity. I exercise and retain all of my God-given rights

                                                "/s/[Henry L Robinson]."
                                                By:Henry L Robinson
15th day, of the 1st month, in the year of our Lord and Savior, two thousand and twenty-three