

## **LAW** 553-NY-B-A-eps 3/22

### RETAIL INSTALMENT CONTRACT
### SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| HENRY L ROBINSON<br>1903 CORAL WAY<br>SUMTER, SC 29150<br>SUMTER | N/A | VICTORY MITSUBISHI<br>4070 Boston Rd<br>BRONX, NY 10475 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2020 | CHRYSLER 300 | 2C3CCAEG8LH102926 | Personal, family, or household unless otherwise indicated below<br>☐ business   ☐ agricultural   ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 2,000.00 is |
|---|---|---|---|---|
| 25.00 % | $ 32,208.12 | $ 33,561.00 | $ 65,769.12 | $ 67,769.12 |

(e) means an estimate

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 913.46 | MONTHLY beginning 12/16/2022 |
| N/A | $ N/A | N/A |
| | | N/A |

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ __1.00__ or __5__ % of the part of the payment that is late, whichever is __greater__.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**GAP Waiver Notice**

☒ If this box is checked, and if the vehicle is a total loss because it is confiscated, damaged, or stolen, you will not be liable for the gap amount. The gap amount is the excess, if any, of (1) the amount you would owe under this contract as of the date of loss if the vehicle were not a total loss and you were to prepay the contract in full (less any refunds we get for cancelling optional insurance, maintenance, service or other contracts), over (2) the sum of (a) any past due amount and other amounts due because you broke promises in this contract and (b) the actual cash value of the vehicle immediately before the loss.

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in item 2 of the Itemization of Amount Financed as the "Payoff Made by Seller." You understand that the amount quoted is an estimate.

If the actual payoff amount is more than the amount shown in 2 you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor.

Buyer Signature X _____ N/A _____

Co-Buyer Signature X _____ N/A _____

---

**WARRANTIES**

The following paragraph does not affect any warranties covering the vehicle that the manufacturer may provide or limit any rights you may have under the New York law or, for used vehicles, under the certificate of serviceability that was included in your purchase contract. The following paragraph also does not apply if the vehicle is a used vehicle you bought in New York City.

**Unless the Seller makes a written warranty or enters into a service contract within 90 days of the date of this contract, the Seller makes no warranties on the vehicle. Making no warranties means that you get no express warranties, and no implied warranties of merchantability or fitness for a particular purpose.**

The following notice only applies to used vehicles bought in New York City:

### IMPORTANT NOTICE TO BUYER

(A) STATE LAW REQUIRES THAT SELLERS OF SECOND-HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(B) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE.

(C) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION.

(D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004. COMPLAINT PHONE: (212) 639-9675.

---

☐ If checked, your last installment payment under this contract is a balloon payment ("Balloon Payment"). You have the option to do one or more of the following, as checked, at the time the Balloon Payment is due:

a) ☐ You may pay your Balloon Payment when due.

b) ☐ You may refinance the Balloon Payment. See paragraph 1.e. on page 3 of this contract for details.

c) ☐ You may sell the vehicle back to us. See paragraph 1.e. on page 3 of this contract for details. If you exercise this option, $ __N/A__ per mile for each mile in excess of __N/A__ miles shown on the odometer will be deducted from the sale price. The sale price will also be adjusted for excess wear and use as provided in paragraph 1.e.

Buyer Signs X _____   Co-Buyer Signs X _____ N/A _____

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including $ __1,986.00__ sales tax)                                          $ __31,486.00__ (1)

2 Total Downpayment =

Your trade-in is a N/A

| Year | Make | Model | Vehicle Identification No. |
|------|------|-------|----------------------------|

Gross Trade-In Allowance                                                $ _____ N/A

Less Payoff Made By Seller to N/A _____ (e)      $ _____ N/A

Equals Net Trade In                                                     $ _____ N/A

+ Cash                                                                  $ _____ 2,000.00

+ Other N/A _____               $ _____ N/A

+ Other N/A _____               $ _____ N/A

+ Other N/A _____               $ _____ N/A

(If total downpayment is negative, enter "0" and see 4I below)          $ _____ 2,000.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2)                              $ _____ 29,486.00 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf

(Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies

Life                                       $ _____ N/A

Disability                                 $ _____ N/A              $ _____ N/A

B Vendor's Single Interest Insurance Paid to Insurance Company          $ _____ N/A

C Other Optional Insurance Paid to Insurance Company or Companies       $ _____ N/A

D Official Fees Paid to Government Agencies

to N/A _____ for N/A                                    $ _____ N/A

to N/A _____ for N/A                                    $ _____ N/A

to N/A _____ for N/A                                    $ _____ N/A

E Government Taxes Not Included in Cash Price                           $ _____ N/A

F Government License and/or Registration Fees

N/A

LICENSE AND/OR REGISTRATION FEES                                        $ _____ 300.00

G Government Certificate of Title Fees                                  $ _____ N/A

H Government Waste Tire Management Fee                                  $ _____ N/A

I Other Charges (Seller must identify who is paid and describe purpose)

to N/A _____ for Prior Credit or Lease Balance (e)      $ _____ N/A

to VICTORY MITSUBISHI ____ for DOC FEE                               $ _____ 175.00

to INTERSTATE (STAR AUT for SERVICE CONTRACT                         $ _____ 3,600.00

to N/A _____ for N/A                                    $ _____ N/A

to N/A _____ for N/A                                    $ _____ N/A

to N/A _____ for N/A                                    $ _____ N/A

to N/A _____ for N/A                                    $ _____ N/A

to N/A _____ for N/A                                    $ _____ N/A

to N/A _____ for N/A                                    $ _____ N/A

to N/A _____ for N/A                                    $ _____ N/A

to N/A _____ for N/A                                    $ _____ N/A

to N/A _____ for N/A                                    $ _____ N/A

Total Other Charges and Amounts Paid to Others on Your Behalf          $ _____ 4,075.00 (4)

5 Amount Financed (3 + 4)                                               $ _____ 33,561.00 (5)

---

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before

_____ N/A _____ , Year __N/A__ . SELLER'S INITIALS __N/A__

---

Returned Check Charge: You agree to pay a charge of $ _____ 20 _____ If any check you give us is dishonored.

---

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ _____ N/A _____ and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

Buyer Signs X _____ Co-Buyer Signs X _____ N/A

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:

#### Optional Credit Insurance

☐ Credit Life:     ☐ Buyer  ☐ Co-Buyer  ☐ Both

☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:

Credit Life $ _____ N/A

Credit Disability $ _____ N/A

Insurance Company Name _____ N/A

_____ N/A

Home Office Address _____ N/A

_____ N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

#### Other Optional Insurance

☐ _____ N/A                                        N/A

Type of Insurance                                   Term

Premium $ _____ N/A

Insurance Company Name _____ N/A

_____ N/A

Home Office Address _____ N/A

_____ N/A

☐ _____ N/A                                        N/A

Type of Insurance                                   Term

Premium $ _____ N/A

Insurance Company Name _____ N/A

_____ N/A

Home Office Address _____ N/A

_____ N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

X _____ N/A                                        N/A

Buyer Signature                                     Date

X _____ N/A                                        N/A

Co-Buyer Signature                                  Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

## OTHER IMPORTANT AGREEMENTS

1.  **FINANCE CHARGE AND PAYMENTS**
    a.  **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
    b.  **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.
    c.  **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that each will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
    d.  **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
    e.  **Balloon Payment Options.** Your Balloon Payment is due and payable as disclosed on page 1 of this contract. Because the contract is a simple finance charge contract, your Balloon Payment may differ from the amount shown depending on your payment habits. If checked on page 1 of the contract, you have the following options.
        *Pay in Full.* You may pay the Balloon Payment in full when due.
        *Refinance.* You may refinance the Balloon Payment unless you are in default under the contract. If we have advanced funds to cure any default, you must pay us back before the refinancing. You also must provide proof of insurance acceptable to us before the refinancing. The annual percentage rate for the refinancing will be the lower of the rate agreed to by you and us at the time of refinancing or the maximum rate permitted by law. The term of the refinancing will be based on the amount refinanced, the rate, and the amount of the monthly payment. The refinanced monthly payment will be the same as in this contract if the refinanced amount will be fully paid within 36 months of the due date of the Balloon Payment. Otherwise, the monthly payment amount will be the amount needed to fully pay the refinanced amount within 36 months of the due date of the Balloon Payment. If you wish to refinance, you must notify us in writing. The notice must be received no later than 30 days prior to the due date of the Balloon Payment. If you choose to refinance the Balloon Payment at the time the Balloon Payment is due, we will provide you with the disclosures required under the federal Truth in Lending Act in the agreement to refinance we make with you. Both you and we must sign the agreement to refinance.
        *Sell Back.* You may sell the vehicle to us for an amount equal to the Balloon Payment. You must pay us any other amount owed under the contract. The amount you owe will be based, in part, on the vehicle's mileage. You also must pay us the estimated costs of all repairs to the vehicle that are the result of excess mileage and excess wear and use, as described below and on page 1 of this contract. You must

take the vehicle for inspection, to a place we select, no later than 15 days prior to the Balloon Payment due date. After the inspection, if you decide to sell the vehicle to us, you must deliver the vehicle to us no later than the Balloon Payment due date. At that time, you must also give us a title, which shows no lien other than our lien, transferring ownership to us or a person we select. After the inspection, if you decide not to sell the vehicle to us, you must immediately contact us and tell us whether you want to pay or refinance the last installment payment.

You must pay us the excess mileage fee shown on page 1 of this contract. You are also responsible for repairs of all damage to the vehicle that is the result of excess wear and use. These repairs include, but are not limited to:

*   Replace any tire not part of a matching set of four or any tire which has less than 1/8 inch of remaining tread.
*   Repair all mechanical defects.
*   Repair or replace all dented, scratched, chipped, rusted or mismatched body panels, paint or vehicle identification items; all dented, scratched, rusted, pitted, broken or missing trim and grill work; all scratched, cracked, pitted or broken glass; all faulty window mechanisms; all stains, burns or worn areas; and all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force.

If you have not made the repairs before inspection of the vehicle you will owe the estimated costs of such repairs, even if the repairs are not made prior to your sale of the vehicle to us. If you disagree with the estimated costs of repairs, you may have the repairs made at your expense prior to your sale of the vehicle to us.

2.  **YOUR OTHER PROMISES TO US**
    a.  **If the vehicle is confiscated, damaged, or stolen.** The following paragraph does not apply if the box in the GAP Waiver Notice on page 1 of this contract is checked. You agree to pay us all you owe under this contract even if the vehicle is confiscated, damaged, or stolen. The terms and conditions of your liability if the vehicle is confiscated, damaged, or stolen are described in a separate document you sign. The document is a part of this contract.
    b.  **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
    c.  **Security Interest.**
        You give us a security interest in:
        *   The vehicle and all parts or goods put on it;
        *   All money or goods received (proceeds) for the vehicle;
        *   All insurance, maintenance, service, or other contracts we finance for you; and
        *   All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
        This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once subject to any right you have to reinstate the contract for less (see below). Default means:
* You do not pay any payment on time;
* You give false, incomplete, or misleading information during credit application;
* You start a proceeding in bankruptcy or one is started against you or your property; or
* You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Prepaid Finance Charge and the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** If we hire an attorney who is not our salaried employee to collect what you owe, you will pay the attorney's fee and court costs as permitted by law. The maximum attorney's fee you will pay will be 15% of the amount you owe.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back. If two things are true, you have the right to get the vehicle back by paying all past due payments, any late charges, and any expenses we incurred related to retaking the vehicle, holding it, and preparing it for sale (reinstate). First, you must have bought the vehicle primarily for personal, family, or household use. Second, your only default is a failure to pay an instalment payment on time. Otherwise, we will tell you how much to pay to get the vehicle back. Your right to get the vehicle back ends when we sell it.

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4.
**Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

## 5. SERVICING AND COLLECTION CONTACTS
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

## 6. APPLICABLE LAW
Federal law and the law of the state of New York apply to this contract.

Buyer Signs X _____ Co-Buyer Signs X _____ N/A

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision below, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____    Co-Buyer Signs X _____   N/A

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.

2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.

3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association (www.adr.org) or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

Buyer Signs X _____    Co-Buyer Signs X _____   N/A

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**NO COOLING OFF PERIOD UNLESS YOU HAVE A CONTRACT CANCELLATION OPTION**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales. It also does not apply if you buy a used vehicle from a Seller-Creditor located in New York City and you did not decline your option to cancel. The laws of New York City provide a two-day cancellation option if you buy a used vehicle. This cancellation option is subject to certain conditions. See the NYC Used Car Contract Cancellation Option agreement for details.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs **X** _____   Co-Buyer Signs **X** _____ N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See the rest of this contract for other important agreements.

NOTICE TO BUYER: 1. Do not sign this agreement before you read it or if it contains any blank space. 2. You are entitled to a completely filled in copy of this agreement. 3. Under the law, you have a right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either: (a) prepay without penalty, or (b) under certain circumstances obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance on the motor vehicle provided for in this contract from an agent or broker of your own selection.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision on page 5, before signing below. You confirm that you received a completely filled-in copy when you signed it.

**RETAIL INSTALMENT CONTRACT**

Buyer Signs **X** _____ Date _11/01/2022_ Co-Buyer Signs **X** _____ N/A _____ Date ___ N/A
Buyer Printed Name HENRY L ROBINSON _____ Co-Buyer Printed Name N/A

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A _____ Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X** _____ N/A _____ Address _____ N/A
Seller Signs VICTORY MITSUBISHI _____ Date _11/01/2022_ By **X** _____ Title F&I MNGR

| Seller assigns its interest in this contract to FLAGSHIP CREDIT ACCEPTANCE | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
|---|---|
| ☐ Assigned with recourse   ☒ Assigned without recourse | ☐ Assigned with limited recourse |
| Seller Signs VICTORY MITSUBISHI | |
| By **X** _____ | Title FINANCE MANAGER |

**LAW** FORM NO. 553-NY-B-A-eps (REV. 3/22)
©2022 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

**Victory Mitsubishi**
4070 Boston Road
Bronx, New York 10475
Tel.: 718.515.4600
Fax: 718.515.6905

**MITSUBISHI MOTORS**
Drive your Ambition

NYS Dealer Facility No.: 7123426
NYC Dealer Consumer Affairs No.: 2063808

| DATE | | INVOICE NO. | STOCK NO. | KEY |
|---|---|---|---|---|
| 11/01/22 | | | 19624 | ! |
| | Salesman Number | | | * |

| DESCRIPTION | COST | ACCT NO. | SALE | KEY |
|---|---|---|---|---|
| PRICE | | | 29,500.00 | |
| | | | | - |
| INTERSTATE (STAR AUTO | | | 3,600.00 | |
| N/A | | | N/A | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |
| N/A | | | N/A | - |

SOLD TO   HENRY L ROBINSON
ADDRESS   1903 CORAL WAY
SUMTER, SC 29150

SALESMAN ELIZABET ROMERO          CUST.#
N/A                               ANDRIS GUZMAN

| YEAR | MAKE | MODEL | NEW OR USED | KEY NUMBERS |
|---|---|---|---|---|
| 2020 | CHRYSLER | 300 | USED | N/A |

| COLOR | MILEAGE | VEHICLE IDENT. OR SERIAL NO. |
|---|---|---|
| SILVER | 30,195 | 2C3CCAEG8LH102926 |

FACTORY OPTIONS

PRIOR USE CERTIFICATION (required by vehicle and traffic law 417-a if the principal prior use of the vehicle was as a police vehicle, taxicab, rental vehicle nor driver education vehicle). The principal prior use of this vehicle may have been as: a police vehicle _____ , a taxicab _____ , a rental vehicle _____ , or a driver education vehicle _____ .

DEALER OPTIONS

MV-50#

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES EITHER EXPRESS OR IMPLIED INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF SAID PRODUCTS.

A. USED VEHICLE CERTIFICATE OF ADEQUACY
"IF THIS MOTOR VEHICLE IS CLASSIFIED AS A USED MOTOR VEHICLE, DEALER NAMED ABOVE CERTIFIES THAT THE ENTIRE VEHICLE IS IN CONDITION AND REPAIR TO RENDER, UNDER NORMAL USE, SATISFACTORY AND ADEQUATE SERVICE UPON THE PUBLIC HIGHWAY AT THE TIME OF DELIVERY."

IMPORTANT NOTICE TO USED CAR BUYER
(A) STATE LAW REQUIRES THAT SELLER OR SECOND HAND CARS CERTIFY IN WRITING TO THE BUYER THAT EACH CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (B) THIS CERTIFICATION IS A GUARANTEE THAT THE CAR IS IN SAFE CONDITION AT THE TIME OF SALE. (C) YOU HAVE A RIGHT TO REQUEST THE DEALER TO REPAIR OR TO PAY IN FULL FOR REPAIRS OF ANY UNSAFE CONDITION IN THE CAR WHICH DOES NOT COMPLY WITH THIS CERTIFICATION. (D) THIS BUSINESS IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS, 42 BROADWAY, NEW YORK, NEW YORK 10004, COMPLAINT PHONE: DIAL 311

| USED CAR TRADED | | | | |
|---|---|---|---|---|
| YEAR | MAKE | MODEL | VEHICLE IDENT. OR SERIAL NO. | |
| N/A | N/A | N/A | N/A | |
| BODY | | | | |
| COLOR N/A | | | | |

| | COST | | SALE | KEY |
|---|---|---|---|---|
| USED RETAIL | | | | - |
| USED WHOLESALE | | | | - |
| RECONDITIONING | | | | - |
| CAR DEAL NO. | | | | |
| SALES TAX | 6 % | | 1,986.00 | |
| LICENSE & TITLE | | | 300.00 | |
| N.Y. STATE INSPECTION FEE | | | N/A | - |
| ***TIRE DISPOSAL FEE | | | N/A | |
| *DEALER OPTIONAL FEE FOR PROCESSING APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE, AND FOR SECURING SPECIAL OR DISTINCTIVE PLATES (IF APPLICABLE.) THIS IS NOT A DMV FEE *$65.00* | | | 175.00 | - |
| | TOTAL CASH PRICE | | 35,561.00 | |
| FINANCING | | | 32,208.12 | |
| INSURANCE | | | N/A | |
| | TOTAL TIME PRICE | | 67,769.12 | |
| DEPOSIT | | | 2,000.00 | * |
| CASH ON DELIVERY | | | 2,000.00 | * |
| N/A | | | N/A | - |
| USED CAR ALLOWANCE PAYMENTS MONTHS   DOLLARS 72@ 913 M/MONTH | | | N/A | |
| | | | 65,769.12 | |
| | | TOTAL | 67,769.12 | |
| PAY OFF BAL. OWING TO FINANCE CO | | | N/A | - |
| INCENTIVE | | | N/A | * |
| CONTRACTS IN TRANSIT | | | 33,561.00 | * |
| FLAGSHIP CREDIT ACCEPTANCE | | | | * |
| | | | | * |
| | | | | * |
| | | | | * |
| | | | | * |
| VALUE OF TRADE | STOCK NO. N/A | | | * |

* THE OPTIONAL DEALER REGISTRATION OR TITLE APPLICATION PROCESSING FEE ($75.00 MAXIMUM) AND SPECIAL PLATE PROCESSING FEE ($5.00 MAXIMUM) ARE NOT NEW YORK STATE OR DEPARTMENT OF MOTOR VEHICLES FEES. UNLESS A LIEN IS BEING RECORDED OR THE DEALER ISSUED NUMBER PLATES YOU MAY SUBMIT YOUR OWN APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE OR A SPECIAL OR DISTINCTIVE PLATE TO ANY MOTOR VEHICLE ISSUING OFFICE. **THE $349 DELIVER FEE REPRESENTS COST IN PREPARING YOUR VEHICLE AND ALL NECESSARY PAPERWORK AND ADDITIONAL DEALER PROFIT. THIS FEE IS NOT MANDATED OR IMPOSED BY THE STATE OF NEW YORK *** NEW YORK STATE LAW REQUIRES US TO ACCEPT AND MANAGE WASTE TIRES FROM VEHICLES IN EXCHANGE FOR AN EQUAL NUMBER OF NEW TIRES THAT WE SELL OR INSTALL. WE ARE REQUIRED TO CHARGE A SEPARATE AND DISTINCT WASTE TIRE MANAGEMENT AND RECYCLING FEE OF $2.50 FOR EACH NEW TIRE WE SELL. ANY ADDITIONAL TIRE MANAGEMENT RECYCLING COSTS ARE INCLUDED IN THE ADVERTISED PRICE OF THE NEW TIRE.

# UCC APPROVAL SHEET
## ** EXPEDITED SERVICE **          ** KEEP WITH DOCUMENT **

*Exhibit B.*

| TRANSACTION TYPE | FEES REMITTED |
|---|---|
| Expedited Fee | $50.00 |
| UO - Original Financing Statement | $25.00 |
| UOA - Original Financing Statement With Assignment | $25.00 |
| UOTU - Original Financing Statement Transmitting Utility | $25.00 |
| UMA - Amendment | $25.00 |
| UMDA - Amendment - Debtor Added | $25.00 |
| UMDC - Amendment - Debtor Name Change | $25.00 |
| UMDD - Amendment - Debtor Deleted | $25.00 |
| UMSA - Amendment - Secured Party Added | $25.00 |
| UMSC - Amendment - Secured Party Name Change | $25.00 |
| UMSD - Amendment - Secured Party Deleted | $25.00 |
| UMC - Amendment - Continuation | $25.00 |
| UMT - Amendment - Termination | $25.00 |
| UMZ - Amendment - Assignment | $25.00 |
| UMZP - Amendment - Partial Assignment | $25.00 |
| UMCS - Amendment - Correction Statement | $25.00 |
| UOMH - Manufactured Home - Original Financing Statement | $25.00 |
| UOPF - Public Finance - Original Financing Statement | $25.00 |
| Documents Nine (9) Pages or More | $75.00 |
| Certified Copies | |
| Plain Copies | |

UoPa

TOTAL FEES: 198.00

### NO FEE TRANSACTION TYPES

- URC - Copies
- UNCP - Void - Non-Payment
- UCC - Cancellation
- UCR - Reinstatement
- UCO Departmental Action
- UCREF - Refund Recordation Tax
- UCIS - Incorrect ID Number
- XOVRU - UCC Overrides
- UMFC - Filing Office Correction Statement

### METHOD OF PAYMENT

Cash ____   Check ____   Credit Card ____

Number of Checks _____

COMMENT(S)

*Public Finance with assignment*

---


1000362002066027

RECORDED ON 07/28/2011 AT 11:01 AM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION.
WO # 0003840037   ACK # 1000362002066027
ORIGINAL FILE NUMBER:   0000000181425776
PAGES: 0005

_____ Other Change(s)

_____

_____

_____

Code _____

U.S.A. DEPARTMENT OF DEFENSE U.S.A. DEPA
CLERK, HALL OF JUSTICE
191 NORTH FIRST STREET
SAN JOSE CA 95113-1006

_____

## CERTIFIED
## COPY MADE

CUST ID: 0002623457
WORK ORDER: 0003840037
DATE: 07-28-2011 11:01:29 AM
AMT. PAID: $198.00

CUST ID:0002623457
WORK ORDER:0003840037
DATE:07-28-2011 11:25 AM
AMT. PAID:$198.00

UC
FOL

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

[U.S.A. DEPARTENT OF DEFENSE
U.S.A. DEPARTMENT OF HOMELAND SECURITY]
ATT: CLERK, HALL OF JUSTICE-C1110714- 1 43470
46
191 NORTH-FIRST STREET,
SAN JOSE  CA 95113-1006

DEPARTMENT
ASSESSMENT
& TAXATION

2011 JUL 28  A 11: 01  RECEIVED

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

THE FEDERAL RESERVE SYSTEM

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 20th Street N.W. | Washington | DC | 20551 | u.s.a. |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| 14,300,000,000,000, | | a trust (15 USC) | The United States of America | AG 59880464 A - U.S. S.E.C □NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

-E PLURIBUS UNUM- THE UNITED STATES OF AMERICA

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 Pennsylvania Avenue, NW | Washington, DC | d.c. | 20220 | u.s.a. |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| [14,000,000,000,000 | | a trustee (15 USC) | The United States of America | AG 59880464 A □NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

THE UNITED STATES DEPARTMENT OF THE TREASURY 1789

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 50 Maryland Avenue | Rockville | md | 20850 | u.s.a. |

4. This FINANCING STATEMENT covers the following collateral:

1D00247556   ,   Seal   No. 285521
6Z33753691   ,   Seal   No. 285522
6D00242066   ,   Seal   No. 285523
FV26330-2,   ,   Seal   No. 285524

[A SECURITY (15 USC)--- COMMERCIAL AFFIDAVIT---NOT A POINT OF LAW]

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR  CONSIGNEE/CONSIGNOR  BAILEE/BAILOR  SELLER/BUYER  ☑AG. LIEN  NON-UCC FILING
6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum  [if applicable]  7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional]  All Debtors  Debtor 1  Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

OR **THE FEDERAL RESERVE SYSTEM**

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

10. MISCELLANEOUS:

**[With] THIS NOTE IS LEGAL TENDER
FOR ALL DEBTS, PUBLIC AND PRIVATE
14,300,000,000,000,000.-
[14,300,000,000,000,000.-]**

**300,000,000,000,000.-**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR **U.S. DEPARTMENT OF -DEFENSE- FINANCE AND ACCOUNTING SERVICES** --------------

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | -------- |
| 11c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| **1400 Defense Pentagon** | **Washington** | **DC** / **20301-1400** | **u.s.a.** |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| **[300,000,000,000,0.]** | | **a trustee (15 USC)** | **The United States of America** | **AG 59880464 A** | ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☑ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR **NORTH AMERICAN WATER AND POWER ALLIANCE**

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | ----------------------- | --------- |
| 12c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| **1400 Defense Pentagon** | **Washington** | **DC** / **20301-1400** | **u.s.a.** |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☑ fixture filing.

14. Description of real estate:

**[- As all real -men with hands and legs, and all real -
land in the United States of America
14,000,000,000,000,000.-
- WITH TRUST IN GOD, this real-estate is with the -
PUBLIC -]**

16. Additional collateral description:

**-OUT OF MANY (all 50 states, all cities, counties-properties)ONE -
real estate in - THE UNITED STATES OF AMERICA -, this**

**FIRST NAME: EVERTON,
LAST NAME : ROCHA,
MIDDLE NAME: DEOLIVEIRA,
M**

**-be as-extracted, with-prejudice, in-to the United States of America,
State of California on this 15th day of July, 2011.-**

**[A SECURITY (15 USC)--- COMMERCIAL AFFIDAVIT---NOT A
POINT OF LAW]**

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**The United States of America,
U.S. Treasury -DEPARTMENT-
INTERNAL RE-VENUE SERVICE (IRS)**

17. Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☑ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☑ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)



# NORTH AMERICAN WATER & POWER ALLIANCE

LaRouchePAC.com

## GLOBALLY EXTENDED

NAWAPA's approach signifies a change in the organization of the planet as a whole, and its application will set off a pattern of sovereign nation-states acting as sovereign nation-states, utilizing the full compass of their own territories for the scientific benefit and increasing power of their citizens. The increase of the infrastructural density and land management techniques will lead to a guaranteed increase in the productive powers of labor, per unit of relevant territory, and in greater rates than ever before, for every continent where the principle is applied.

## SCIENTIFIC ADVANCEMENT

Along with its planetary effects as a continental water management system, NAWAPA is a science driver in the true sense of the term:

• The accomplishment of implementing a reservoir management system of its scale, over one continuous, active corridor of scientific coordination, will lead to unpredictable, but guaranteed qualitative effects in overall technological and scientific management.

• The creation of large tunnels, totaling 1000 miles, typify the great advancements to be made in geological mapping, as well as fundamental discoveries in the understanding of life's creation of the earth's crust, and the nature of its useful biogenic ores.

• Creating a permanent presence of civilization in the northern regions will transform our current scientific perspective of the Arctic from isolated research stations in remote and dangerous conditions into an active scientific capability. With the Arctic's unique proximity to the singular electromagnetic conditions of the Polar Region, the complex of electromagnetic relationships, defining the Earth-Sun magnetic interactions, and determining the evolutionary processes of the biosphere, will finally be integrated into the power of man's understanding, and economy.

• With a restored, non-crisis management approach to the hydrological cycle, new breakthroughs will be made in the biospheric engineering of climate, plant life, ground water, and soils.

• Through the close management of NAWAPA's 240 reservoirs, not only will the continent's production of fish and aquatic protein multiply several fold, but new frontiers will be breached in reservoir science and water treatment methods, mastering the use and engineering of micro-organisms, fish, and plant control.

In accomplishing NAWAPA, man will be poised to begin mastering and making use of the integrated relationships which define life on Earth, and participate in creating its continued evolution, rather than being subject to the whims of nature and local conditions.

PAID FOR BY THE LAROUCHE PAC, P.O. Box 6157 Leesburg, VA 20178, www.larouchepac.com and Not Authorized by Any Candidate or Candidate's Committee

# REGIONAL
## BREAKDOWN

1. Susitna Reservoir
2. Yukon Reservoir
3. Copper Reservoir
4. Taku Lift
5. Canadian/Great-Lakes Waterway
6. Rocky Mountain Trench
7. Sawtooth Lifts
8. Dakota Waterway
9. Sawtooth Tunnel
10. Great Basin Waterway
11. Lake Nevada
12. Colorado Reservoir
13. Baja Aqueduct
14. Colorado Aqueduct
15. Sonora Aqueduct
16. Chihuahua Aqueduct
17. Rio-Grande Aqueduct
18. Hudson Bay Seaway
19. James Bay Seaway
20. Knob Lake Barge Canal



# NAWAPA

*The implementation of NAWAPA means making the bold decision to solve the long term needs of mankind for the next 50 years in the management of water and other presently known and new resources. It means a civilization taking its destiny into its own hands, by managing continental and global characteristics instead of local ones.*

## EMPLOYMENT & INDUSTRY

NAWAPA itself creates directly and indirectly 4 million jobs, plus close to an additional 1.5 million jobs through application of nuclear technologies for the 30,000 MW (mega watt) pumping requirement of the system, for a total of 5.5 million new jobs.

For More, Visit LaRouchePAC.com

## WATER MANAGEMENT

Due to its specific topographical shape, and ocean air currents, a quarter of all the rain or snow that hits the ground in North America each year falls in a narrow corridor of the continent, with 800 MAFY(million acre feet per year) running directly into the Pacific and Arctic Oceans, unused by the biosphere on land, and wasted. Meanwhile, a large swath of the western half of continent remains dry, and barren.

NAWAPA will remedy this presently inefficient distribution of precipitation; utilizing 20% of this runoff, 160 MAFY, strategically placed dams and tunnels will create a collection system of major new reservoirs and canals, taking advantage of the natural topography of the Rocky Mountain Chain, and effecting a distribution of water to parched lands and strategic water ways. Through 22 MAFY to the Canadian Prairie Provinces, 69 MAFY to US states, and 21 MAFY for Northern Mexico, 86,000 square miles will be

irrigated, doubling the current irrigable acreage west of the Mississippi, and replacing the increasingly inefficient and limited sources of well water with a permanent source from gravity flow, relieving agriculture of pumping costs and restoring its productivity.

It is a known fact, that 40% of precipitation over continents (Category A) returns directly as runoff or groundwater discharge to oceans, while 60% percent of precipitation over continents (Category B) re-evaporates, and falls back onto land, recycling itself roughly 2.7 times over land before returning to oceans. By building NAWAPA, the 160 MAFY of normal Category A precipitation will be brought into participation with Category B, being used not once, but multiple times as it recycles as rainfall across the continent, before exiting the system.

## EFFICIENCY

The NAWAPA design has the least amount of reservoirs and distribution systems for the greatest effect:
3150 individual water resource projects authorized/proposed by Army Corps in the west :
2.7 billion acre feet of water storage capacity created :
369 individual water resource projects proposed in NAWAPA:
4.3 billion acre feet Water storage capacity created:

## HYDRO-POWER

Because of its continental design approach, NAWAPA annually generates 38,000 MW of power for Canada and 30,000 MW for the US, from gravity flow.

## NUCLEAR RENAISSANCE

The 2450 foot Idaho Saw Tooth Lift, necessitating 25,000 MW of power, will require 65, - 400MW modular plants, such as the GE-Hitachi PRISM. The long term settlement of northern regions of Canada and Alaska, will lead to the long awaited application of high temperature nuclear process heat in integrally designed nuclexes (nuclear power complexes), featuring high temperature(2-3000F) chemical processing industries, water desalination, and electrical power production.

## THE CANADIAN/GREAT LAKES SEA WAYS

Barge canals connecting Lake Superior to the Pacific, and Hudson Bay, Georgian Bay, the ore fields of Labrador, and Quebec to the Great Lakes, will lead to an explosion of mining, industrial and research potentials.

## RAIL CONSTRUCTION

Various Union Pacific, Burlington Northern Santa Fe, and Canadian Pacific routes will need double, and in some cases, triple tracking. 2200 miles of new rail, connecting Prince George and Dawson Creek each to Fairbanks, Alaska must be built. Over 975 miles of double track connecting Fairbanks with Egvekinot, Chukotka, including a 60-mile Bering Strait connection, will be in order.


Exhibit C

## CONSUMER CREDIT PROTECTION ACT

ments and exceptions for any class of transactions, as in the judgment of the Board are necessary or proper to effectuate the purposes of this title, to prevent circumvention or evasion thereof, or to facilitate compliance therewith.

**¶ 106. Determination of finance charge** (82 Stat. 148; 15 U.S.C. 1605).

(a) Except as otherwise provided in this section, the amount of the finance charge in connection with any consumer credit transaction shall be determined as the sum of all charges, payable directly or indirectly by the person to whom the credit is extended, and imposed directly or indirectly by the creditor as an incident to the extension of credit, including any of the following types of charges which are applicable: *Definition.*

 (1) Interest, time price differential, and any amount payable under a point, discount, or other system of additional charges.
 (2) Service or carrying charge.
 (3) Loan fee, finder's fee, or similar charge.
 (4) Fee for an investigation or credit report.
 (5) Premium or other charge for any guarantee or insurance protecting the creditor against the obligator's default or other credit loss.

(b) Charges or premiums for credit life, accident, or health insurance written in connection with any consumer credit transaction shall be included in the finance charge unless *Life, accident, or health insurance charges.*

 (1) the coverage of the debtor by the insurance is not a factor in the approval by the creditor of the extension of credit, and this fact is clearly disclosed in writing to the person applying for or obtaining the extension of credit; and

 (2) in order to obtain the insurance in connection with the extension of credit, the person to whom the credit is extended must give specific affirmative written indication of his desire to do so after written disclosure to him of the cost thereof.

9

Liability
insurance
charges.

(c) Charges or premiums for insurance, written in connection with any consumer credit transaction, against loss of or damage to property or against liability arising out of the ownership or use of property, shall be included in the finance charge unless a clear and specific statement in writing is furnished by the creditor to the person to whom the credit is extended, setting forth the cost of the insurance if obtained from or through the creditor, and stating that the person to whom the credit is extended may choose the person through which the insurance is to be obtained.

Exemptions.

(d) If any of the following items is itemized and disclosed in accordance with the regulations of the Board in connection with any transaction, then the creditor need not include that item in the computation of the finance charge with respect to that transaction:

(1) Fees and charges prescribed by law which actually are or will be paid to public officials for determining the existence of or for perfecting or releasing or satisfying any security related to the credit transaction.

(2) The premium payable for any insurance in lieu of perfecting any security interest otherwise required by the creditor in connection with the transaction, if the premium does not exceed the fees and charges described in paragraph (1) which would otherwise be payable.

(3) Taxes.

(4) Any other type of charge which is not for credit and the exclusion of which from the finance charge is approved by the Board by regulation.

Exemptions, real
property.

(e) The following items, when charged in connection with any extension of credit secured by an interest in real property, shall not be included in the computation of the finance charge with respect to that transaction:

(1) Fees or premiums for title examination, title insurance, or similar purposes.

(2) Fees for preparation of a deed, settlement statement, or other documents.

10

quent to the delivery of the required disclosures, the inaccuracy resulting therefrom does not constitute a violation of this chapter.

## § 125. Right of rescission as to certain transactions
(82 Stat. 153; 88 Stat. 1517, 1519; 15 U.S.C. 1635).

Obligor's right to rescind.

(a) Except as otherwise provided in this section, in the case of any consumer credit transaction in which a security interest, including any such interest arising by operation of law, is or will be retained or acquired in any real property which is used or is expected to be used as the residence of the person to whom credit is extended, the obligor shall have the right to rescind the transaction until midnight of the third business day following the consummation of the transaction or the delivery of the disclosures required under this section and all other material disclosures required under this chapter, whichever is later, by notifying the creditor, in accordance with regulations of the Board, of his intention to do so. The creditor shall clearly and conspicuously disclose, in accordance with regulations of the Board, to any obligor in a transaction subject to this section the rights of the obligor under this section. The creditor shall also provide, in accordance with regulations of the Board, an adequate opportunity to the obligor to exercise his right to rescind any transaction subject to this section.

Return of money or property following rescission.

(b) When an obligor exercises his right to rescind under subsection (a), he is not liable for any finance or other charge, and any security interest given by the obligor, including any such interest arising by operation of law, becomes void upon such a rescission. Within ten days after receipt of a notice of rescission, the creditor shall return to the obligor any money or property given as earnest money, downpayment, or otherwise, and shall take any action necessary or appropriate to reflect the termination of any security interest created under the transaction. If the creditor has delivered any property to the obligor, the obligor may retain posses-

18

CONSUMER CREDIT PROTECTION ACT

sion of it. Upon the performance of the creditor's obligations under this section, the obligor shall tender the property to the creditor, except that if return of the property in kind would be impracticable or inequitable, the obligor shall tender its reasonable value. Tender shall be made at the location of the property or at the residence of the obligor, at the option of the obligor. If the creditor does not take possession of the property within ten days after tender by the obligor, ownership of the property vests in the obligor without obligation on his part to pay for it.

(c) Notwithstanding any rule of evidence, written acknowledgment of receipt of any disclosures required under this title by a person to whom a statement is required to be given pursuant to this section does no more than create a rebuttable presumption of delivery thereof.

(d) The Board may, if it finds that such action is necessary in order to permit homeowners to meet bona fide personal financial emergencies, prescribe regulations authorizing the modification or waiver of any rights created under this section to the extent and under the circumstances set forth in those regulations. *Modification of rights.*

(e) This section does not apply to the creation or retention of a first lien against a dwelling to finance the acquisition of that dwelling or to a consumer credit transaction in which an agency of a State is the creditor. *Exemption for first liens.*

(f) An obligor's right of rescission shall expire three years after the date of consummation of the transaction or upon the sale of the property, whichever occurs earlier, notwithstanding the fact that the disclosures required under this section or any other material disclosures required under this chapter have not been delivered to the obligor. *Time limit to exercise right.*

§ 126. Content of periodic statements (82 Stat. 153; 15 U.S.C. 1636).

If a creditor transmits periodic statements in connection with any extension of consumer credit

19

CONSUMER CREDIT PROTECTION ACT

## CHAPTER 3—CREDIT ADVERTISING

§ 141. Catalogs and multiple-page advertisements (82 Stat. 158; 15 U.S.C. 1661).

For the purposes of this chapter, a catalog or other multiple-page advertisement shall be considered a single advertisement if it clearly and conspicuously displays a credit terms table on which the information required to be stated under this chapter is clearly set forth.

§ 142. Advertising of downpayments and installments (82 Stat. 158; 15 U.S.C. 1662).

No advertisement to aid, promote, or assist directly or indirectly any extension of consumer credit may state

(1) that a specific periodic consumer credit amount or installment amount can be arranged, unless the creditor usually and customarily arranges credit payments or installments for that period and in that amount.

(2) that a specified downpayment is required in connection with any extension of consumer credit, unless the creditor usually and customarily arranges downpayments in that amount.

§ 143. Advertising of open end credit plans (82 Stat. 158; 15 U.S.C. 1663).

No advertisement to aid, promote, or assist directly or indirectly the extension of consumer credit under an open end credit plan may set forth any of the specific terms of that plan or the appropriate rate determined under section 127(a)(5) unless it also clearly and conspicuously sets forth all of the following items:

(1) The time period, if any, within which any credit extended may be repaid without incurring a finance charge.

(2) The method of determining the balance upon which a finance charge will be imposed.

33

Exhibit D

 credit karma 

**AUTO LOANS**

15 US CODE 1681F(1)
15 US CODE 1681g

15 US CODE 1681S
15 US CODE 1681b(2)
15 US CODE 1681d(1)

15 US CODE 1681c
15 US CODE 1681e(2)
15 US CODE 1681e(10)

## CRESCENT BANK AND TRUST

Reported: Nov. 30, 2022

**$33,727.00**

**In good standing**

## Overview

You have **100%** left to pay on this loan.

**Balance**
$33727

**Highest Balance**
$33137

**Monthly payment**
$901

Opened
Nov. 05, 2022 (1 mo)

Term
72 months

## Payment History