## U.S. Postal Service Certified Mail Receipts and Return Receipts

### Certified Mail Receipt 1 (top)
- Tracking: 7022 1670 0001 9737 6026
- Postmark dates: 11/14/22, 11/16/22
- Sent To: The LLC
- Street: [illegible] Boston Road
- City: [illegible], NY 10466

### Certified Mail Receipt 2 (middle left)
- Tracking: 7022 0410 0003 1299 0043
- Priority Mail Express tracking: EJ 706 253 280 US
- Postmark: 12/16/22

### Return Receipt — CSC (middle right top)
- A. Signature: X Rashad Dickinson
- 1. Article Addressed to:
  CSC
  251 Little Falls Drive
  Wilmington, DE 19808
- 9590 9402 7377 2028 5682 61
- 2. Article Number: 7022 1670 0001 9737 6163
- Service Type: Adult Signature, Certified Mail
- PS Form 3811, July 2020 PSN 7530-02-000-9053

### Return Receipt — Victory Mitsubishi (middle left bottom)
- A. Signature: X [signature]
- 1. Article Addressed to:
  Victory Mitsubishi
  Attn: Andres Guzman
  4070 Boston Road
  Bronx, NY 10475-1108
- 9590 9402 7377 2028 5682 78
- 2. Article Number: 7022 1670 0001 9737 6149
- Service Type: Adult Signature, Certified Mail
- PS Form 3811, July 2020 PSN 7530-02-000-9053

### Return Receipt — Corporation Service Company (middle right bottom)
- A. Signature: X Rashad Dickinson
- 1. Article Addressed to:
  Corporation Service Company
  251 Little Falls Drive
  Wilmington, DE 19808
- 9590 9402 7405 2055 6056 58
- 2. Article Number: 7022 1670 0001 9737 6033
- Service Type: Adult Signature, Certified Mail
- PS Form 3811, July 2020 PSN 7530-02-000-9053

### Return Receipt — Victory Mitsubishi (bottom left)
- A. Signature: X [signature]
- 1. Article Addressed to:
  Victory Mitsubishi
  Attn:
  4070 Boston Road
  Bronx, NY 10475-1108
- 9590 9402 7405 2055 6056 27
- 2. Article Number: 7022 1670 0001 9737 6019
- PS Form 3811, July 2020

### Return Receipt — The LLC (bottom right)
- A. Signature: X [signature]
- B. Received by (Printed Name): Andrea DeSanford
- C. Date of Delivery: [illegible]/19
- Postmark stamp: [illegible] 20 2022
- 1. Article Addressed to:
  The LLC
  4401 Boston Road
  Bronx, NY 10466
- 9590 9402 7377 2028 5682 54
- 2. Article Number: 7022 1670 0001 9737 6194
- Service Type: Adult Signature, Certified Mail
- PS Form 3811, July 2020 PSN 7530-02-000-9053