

# Rejection of Service of Process

Transmittal Number: 25904294

**Return to Sender Information:**

Robinson: Henry Louis null
Pro Se
1072 Bedford Ave, #022
Brooklyn, NY 11216

| | |
|---|---|
| Date: | 11/16/2022 |
| Party Served: | Victory Mitsubishi |
| Jurisdiction Served: | DE |
| Method Served: | Certified Mail |
| Title of Action: | Henry L Robinson vs. Victory Mitsubishi |
| Case/Reference No: | Not Shown |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for one of the reasons listed below:

- **Agent** - According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve or the status of the entity is no longer active.
- **Name** - Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.
- **Resignation** - CSC has resigned as the registered agent for the company being served.

Or the entity served is inactive at the state for one of the reasons listed below:

- Withdrawn
- Surrendered
- Merged Out of Existence
- Dissolved
- Revoked

It is your responsibility to verify this information with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service of process, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

251 Little Falls Drive, Wilmington, Delaware 19808-1674
(888) 690-2882 | sop@cscglobal.com



December 13, 2022

Henry L. Robinson
1072 Bedford Ave, #022
Brooklyn, New York 11216

RE: Complaint ID: 13220176

Dear Mr. Robinson:

Flagship Credit Acceptance LLC ("Flagship") received correspondence from you via mail served on our registered agent on November 16, 2022. You titled your correspondence "Notice of the Right to Rescind Retail Installment Contract Signed: 11/01/2022," and you directed it to the below-named dealer, with a copy to Flagship. From what we can tell, your correspondence refers to a variety of laws that you state supports your right to rescind the motor vehicle contract you entered into with the dealer. Flagship has conducted a thorough investigation of your claim, the results of which are described below.

Please note that upon reviewing our records, we confirmed Flagship did not finance the purchase of your vehicle. By way of background, on November 1, 2022, you applied for credit with Victory Mitsubishi located in Bronx, New York (the "Dealer"). On that same day, you entered into a Retail Installment Sale Contract (the "Contract") with the Dealer in order to finance the purchase of a 2020 Chrysler 300. Flagship initially purchased the Contract from the Dealer, however, during the funding process for your loan, we could not verify the employment you listed on your credit application. As a result, the Contract was not funded by Flagship and was returned to the Dealer, and no account was created. Following receipt of your letter, we also reached out to the Dealer, which confirmed that the Vehicle has been financed by a different lender.

Accordingly, Flagship is not your lender, and any further concerns should be directed to the Dealer or the lender that has financed the purchase of your vehicle.

We thank you for bringing this matter to our attention and we apologize for any inconvenience this may have caused. You may contact me directly with any additional questions or concerns at (800) 327-8543, option 6, ext. 218.

Respectfully,

Andrea Markey
Customer Advocate

PO Box 965 ● Chadds Ford, PA 19317