**AUTO LOANS**

*Handwritten annotations:* 15 U.S. CODE 1681F(1), 15 U.S. CODE 1681S, 15 U.S. CODE 1681C, 15 U.S. CODE 1681g, 15 U.S. CODE 1681b(2), 15 U.S. CODE 1681e(2), 15 U.S. CODE 1681d(1), 15 U.S. CODE 1681e(10)

---

### CRESCENT BANK AND TRUST

Reported: Nov. 30, 2022

**$33,727.00**

In good standing

---

**Overview**

You have **100%** left to pay on this loan.

| | |
|---|---|
| Balance | Highest Balance |
| $33727 | $33137 |
| Monthly payment | $901 |
| Opened | Nov. 05, 2022 (1 mo) |
| Term | 72 months |

**Payment History**


*Exhibit D*