# NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent

Dear **VICTORY MITSUBISHI**

I, Henry-Louis: Robinson do declare the following to be true and correct to the best of my knowledge;

    This is a lawful notice. Please read it carefully. It informs you. It means what it says. I do not stand under the Law Society's 'legalese' and there are no hidden meanings or interpretations beyond the simple English statements herein.

    A reply to this notice is REQUIRED and is to be made stating the respondent's clearly legible full name and on his or her full commercial liability and penalty of perjury. Your response is required within TEN (10) days from the recorded delivery date of this notice; failure to respond in substance will provide your tacit consent to all of the FACTS contained within this Notice and or any previous Notice served; and that you agree that you are unable to provide lawful proof-of-claim to the contrary. DO NOT IGNORE IT.

    You are hereby again put on Notice of my standing and the lawful facts. If you fail to respond to the aforesaid Notices in 'substance' or within the reasonable time frame provided herein, without first legally rebutting the points of law claimed herein or within previous Notice(s) served, it shall be taken to mean by all interested parties that all claims and assertions stated by me herein/therein are true and indisputable lawful facts and, that you agree to them entirely and without exception.

STATEMENT OF TRUTH:

This being the second Notice to be served I use this 'Notice of Default and Opportunity to Cure' as a reminder of the first preceding Notice of Recission, which was either ignored or mislaid, or was not answered correctly according to the claims and assertions stated within it in 'SUBSTANCE'.

Allowing for a reasonable time frame for you to respond to this 'Notice of Default and Opportunity to Cure', I hereby offer you this further chance to rebut or confirm my understanding of the common law as referred to in my previous Notice(s) so that you may remain in honour, and thus by doing so enabling an opportunity to remedy this matter by law, amicably so as to save any future breach of the peace or torts being committed.

I hereby attest and affirm that all of the above is the truth and as to my lawful understanding.

Without malice, vexation, frivolity or ill will, and on my full commercial liability and penalty of perjury and, with no admission of liability whatsoever and with my natural, indefeasible and unalienable Common law rights reserved.

BEST,

Robinson: Henry-Louis

Without prejudice, all natural inalienable rights reserved.

## NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent

Dear **FLAGSHIP CREDIT ACCEPTANCE, LLC**

I, Henry-Louis: Robinson do declare the following to be true and correct to the best of my knowledge;

This is a lawful notice. Please read it carefully. It informs you. It means what it says. I do not stand under the Law Society's 'legalese' and there are no hidden meanings or interpretations beyond the simple English statements herein.

A reply to this notice is REQUIRED and is to be made stating the respondent's clearly legible full name and on his or her full commercial liability and penalty of perjury. Your response is required within TEN (10) days from the recorded delivery date of this notice; failure to respond in substance will provide your tacit consent to all of the FACTS contained within this Notice and or any previous Notice served; and that you agree that you are unable to provide lawful proof-of-claim to the contrary. DO NOT IGNORE IT.

You are hereby again put on Notice of my standing and the lawful facts. If you fail to respond to the aforesaid Notices in 'substance' or within the reasonable time frame provided herein, without first legally rebutting the points of law claimed herein or within previous Notice(s) served, it shall be taken to mean by all interested parties that all claims and assertions stated by me herein/therein are true and indisputable lawful facts and, that you agree to them entirely and without exception.

STATEMENT OF TRUTH:

This being the second Notice to be served I use this 'Notice of Default and Opportunity to Cure' as a reminder of the first preceding Notice of Recission, which was either ignored or mislaid, or was not answered correctly according to the claims and assertions stated within it in 'SUBSTANCE'.

Allowing for a reasonable time frame for you to respond to this 'Notice of Default and Opportunity to Cure', I hereby offer you this further chance to rebut or confirm my understanding of the common law as referred to in my previous Notice(s) so that you may remain in honour, and thus by doing so enabling an opportunity to remedy this matter by law, amicably so as to save any future breach of the peace or torts being committed.

I hereby attest and affirm that all of the above is the truth and as to my lawful understanding.

Without malice, vexation, frivolity or ill will, and on my full commercial liability and penalty of perjury and, with no admission of liability whatsoever and with my natural, indefeasible and unalienable Common law rights reserved.

BEST,

Robinson: Henry-Louis

Without prejudice, all natural inalienable rights reserved.