UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

HENRY L. ROBINSON,

    Plaintiff,

v.

VICTORY MITSUBISHI,
FLAGSHIP CREDIT ACCEPTANCE and
CRESCENT BANK & TRUST,

    Defendants.
_____

Case No.: 1:23-cv-00385-LJL

## DEFENDANT CRESCENT BANK & TRUST'S NOTICE OF MOTION
## TO DISMISS PLAINTIFF'S COMPLAINT

PLEASE TAKE NOTICE that Defendant Crescent Bank & Trust ("Defendant") moves this Court before the Hon. Lewis J. Liman, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting its Motion to Dismiss Plaintiff Henry L. Robinson's Amended Complaint for failure to state a claim upon which relief may be granted. In support of Defendant's Motion, Defendant relies upon its contemporaneously filed Memorandum of Law.

Date: May 26, 2023

**LIPPES MATHIAS LLP**

s/ Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendant Crescent Bank & Trust
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I electronically filed the foregoing document via the CM/ECF system, which should then send notification of such filing to all counsel of record. In addition, the foregoing document was sent to the following via United States mail:

    Henry L. Robinson, Pro Se
    1072 Bedford Avenue, Suite 022
    Brooklyn, New York 11216

                                            s/ Brendan H. Little
                                            Brendan H. Little