**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
**HENRY L. ROBINSON,**

                      Case No. 23-CV-0385-LJL

            **Plaintiff,**

   - against -                **CORPORATE DISCLOSURE**
                                      **STATEMENT**

**VICTORY MITSUBISHI,**
**FLAGSHIP CREDIT ACCEPTANCE,**
**and CRESCENT BANK & TRUST,**

            **Defendants.**
-----------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant SPARTAN AUTO GROUP LLC s/h/a VICTORY MITSUBISHI ("Victory") hereby certifies that these Victory does not have corporate parents, and that no publicly held corporation holds 10% or more of its stock.

Dated: New York, New York
       July 7, 2023

                                      Yours, etc.
                                      NICHOLAS GOODMAN & ASSOCIATES, PLLC

                          BY: _____
                                      Patrick L. Selvey
                                     *Attorneys for Defendant*
                                     SPARTAN AUTO GROUP LLC
                                     s/h/a VICTORY MITSUBISHI
                                     333 Park Avenue South, Suite 3A
                                     New York, New York 10010
                                     (212) 227-9003
                                     pselvey@ngoodmanlaw.com