UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────

HENRY L. ROBINSON,

    Plaintiff,　　　　　　　　　　　　　　　　Case No.: 1:23-cv-00385-LJL

v.

VICTORY MITSUBISHI,
FLAGSHIP CREDIT ACCEPTANCE and
CRESCENT BANK & TRUST,

    Defendants.
───────────────────────────────────────────

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Lippes Mathias LLP, by Sean M. O'Brien, Esq., hereby enters appearance in these proceedings as counsel of record for Defendant Crescent Bank & Trust, and requests that all papers, pleadings, notices, orders, and other related documents in these proceedings be served upon the undersigned.

Dated: July 17, 2023

                     **LIPPES MATHIAS LLP**

                     s/ Sean M. O'Brien
                     Sean M. O'Brien, Esq.
                     50 Fountain Plaza, Suite 1700
                     Buffalo, NY 14202
                     P: 716-853-5100
                     F: 716-853-5199
                     E: sobrien@lippes.com
                     *Attorneys for Defendant Crescent Bank & Trust*