# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HENRY L. ROBINSON | 23-CV-0385 (LJL) |
| DEFENDANT | TYPE OF PROCESS |
| VICTORY MITSUBISHI; FLAGSHIP CREDIT ACCEPTANCE; CRESCENT BANK & T | Summons & Amended Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Flagship Credit Acceptance

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
P.O. Box 965, Chadds, Pennsylvania 19317

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Henry L. Robinson
1072 Bedford Ave.
Ste. 022
Brooklyn, NY 11216

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*S. Harrold*
TELEPHONE NUMBER:
DATE: 4/11/2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 2/3
District of Origin No.: 054
District to Serve No.: 066
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 7/12/2023

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date:
Time: ☐ am ☐ pm
Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

On 5/8/2023, service by mail endeavor was completed. We have not received a response by mail.

The next step is for a deputy to conduct an in-person endeavor but a deputy can't do that at a P.O. Box address.

- Deputy supervisor Sprague (E/PA) confirmed that this process can't be served at a P.O. Box.

Form USM-285
Rev. 03/21