```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
HENRY L. ROBINSON,                                                :
                                                                  :
                        Plaintiff,                                :
                                                                  :         23-cv-00385 (LJL)
        -v-                                                       :
                                                                  :         ORDER
VICTORY MITSUBISHI, FLAGSHIP CREDIT                               :
ACCEPTANCE and CRESCENT BANK & TRUST,                             :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    A telephonic initial pretrial conference was held in this matter on July 19, 2023. Pro Se Plaintiff and counsel for defendants Crescent Bank & Trust and Victory Mitsubishi appeared at the conference. This order memorializes the rulings of the Court at the conference. Parties are to be referred to the Magistrate Judge for settlement purposes through separate order of the Court. The case management plan is to be entered, without prejudice for any party to move for a protective order. Plaintiff is to file its response to defendant Crescent Bank & Trust's motion to dismiss by July 24, 2023. Defendant Crescent Bank & Trust is to file its reply by July 31, 2023. A telephonic post-discovery status conference is scheduled for January 17, 2024 at 12:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

        SO ORDERED.

Dated: July 25, 2023                            _____
       New York, New York                              LEWIS J. LIMAN
                                                       United States District Judge