UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
: 
HENRY L. ROBINSON, :
:
:
Plaintiff, : 23-cv-00385 (LJL)
:
-v- : ORDER OF REFERENCE
: TO A MAGISTRATE
VICTORY MITSUBISHI, FLAGSHIP CREDIT : JUDGE
ACCEPTANCE and CRESCENT BANK & TRUST, :
:
Defendants. :
------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

Upon the consent of the parties, this action is referred to the assigned Magistrate Judge for the following purpose:

\_\_\_   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_   Specific Non-Dispositive Motion/Dispute: _____

\_\_\_   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_   Settlement

\_\_\_   Inquest After Default/Damages Hearing

\_\_\_   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

\_\_\_   Habeas Corpus

\_\_\_   Social Security

\_\_\_   Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

The parties are directed to contact the chambers of Magistrate Judge <u>Sarah Netburn</u>.

SO ORDERED.

Dated: July 25, 2023           _____
       New York, New York                     LEWIS J. LIMAN
                                       United States District Judge