

August 2, 2023

**VIA ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007
LimanNYSDChambers@nysd.uscourts.gov

      Re:    *Robinson v. Guzman, et al.*
              Docket No. 1:23-cv-00385-LJL

Judge Liman:

Our office represents Defendant Crescecent Bank & Trust ("CBT") in the above-referenced matter. On May 26, 2023, CBT filed its Motion to Dismiss Plaintiff Henry L. Robinson's ("Plaintiff") Amended Complaint. (Doc. 15-16). On July 25, 2023, this Court issued an Order directing Plaintiff to file his response to CBT's Motion to Dismiss by July 24, 2023. (Doc. 23). To date, Plaintiff has not opposed CBT's Motion to Dismiss. CBT respectfully requests that this Court treat its Motion to Dismiss the Amended Complaint as unopposed.

Respectfully,

LIPPES MATHIAS LLP

Sean M. O'Brien

      cc:    Henry L. Robinson, Pro Se (via United States mail)
              Patrick L. Selvy, Esq. (via ECF)

Sean M. O'Brien | Partner | sobrien@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   Phone: 716.853.5100   Fax: 716.853.5199   lippes.com

**New York:** Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs // **Florida:** Jacksonville // **Illinois:** Chicago
**Ohio:** Cleveland // **Oklahoma:** Oklahoma City // **Ontario:** Greater Toronto Area // **Texas:** San Antonio // **Washington, D.C.**