**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
HENRY L. ROBINSON,

                       Plaintiff,

     -against-                                    23 **CIVIL** 385 (LJL)

                                                      **JUDGMENT**

VICTORY MITSUBISHI, FLAGSHIP CREDIT
ACCEPTANCE and CRESCENT BANK & TRUST,

                    Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 25, 2023, Crescent's motion to dismiss the Amended Complaint against it is GRANTED and the Amended Complaint is dismissed as against it with prejudice.

**Dated:**  New York, New York

       August 25, 2023

                                                                  **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                                 **BY:**      *K. Mango*

                                                                    **Deputy Clerk**